**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

RICHARD J. CAPAK,

                      Plaintiff,

     -against-                                  20 **CIVIL** 11079 (RA)

                                                       **<u>JUDGMENT</u>**

STREET EXECS MANAGEMENT,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 29, 2021, Defendant's motion is granted, and the complaint is dismissed with prejudice. Plaintiff's request for oral argument is denied. *See Dotson v. Griesa*, 398 F.3d 156, 159 (2d Cir. 2005) ("[A] district court acts well within its discretion in deciding dispositive motions on the parties' written submissions without oral argument."); judgment is entered for Defendant, and this case is closed.

**Dated:** New York, New York

       June 30, 2021

                                                                **RUBY J. KRAJICK**

                                                                   Clerk of Court

                                       **BY:**

                                                                       Deputy Clerk